IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |
|---|---|
| MICHAEL ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | No. 1:23-cv-01217-SHM-tmp |
| ) | |
| DAVID HININGER, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING MOTION TO COMPEL**

Before the Court is Defendant Tasma Robertson's January 6, 2025 Motion to Compel. (ECF No. 18.) *Pro se* Plaintiff Michael Robinson has not responded.

On October 15, 2024, Defendant mailed Interrogatories and Requests for Production of Documents to Plaintiff, who is *pro se* and incarcerated at the Whiteville Correctional Facility. (ECF No. 18-1.) When Plaintiff did not respond, Defendant sent a follow up letter on December 18, 2024. (ECF No. 18-3.) As of the filing of Defendant's motion, no response to that letter had been received. (ECF No. 18-1.) The Court has received no notification that Plaintiff has complied with Defendant's interrogatories and requests for production.

Under Federal Rule of Civil Procedure 37, "[a] party seeking discovery may move for an order compelling an answer, designation, production, or inspection" if "a party fails to answer an interrogatory submitted under Rule 33; or a party fails to produce documents or fails to respond that inspection will be permitted—or fails to permit inspection—as requested under Rule 34." Fed. R. Civ. P. 37(a)(3)(B)(iii)-(iv).

Defendant seeks an order from the Court: (1) compelling Plaintiff to provide complete and proper responses to Defendant Robertson's Interrogatories and Requests for Production of Documents, (2) assessing the Defendant's costs incurred in making its Motion to Compel, and (3) warning Plaintiff that if he fails to provide complete and proper responses on or before a certain date, his lawsuit will be dismissed. (ECF No. 18-1.)

Defendant's Motion to Compel is **GRANTED**. Plaintiff Michael Robinson is **ORDERED** to respond to Defendant Robertson's Interrogatories and Requests for Production of Documents within 21 days, on or before **Thursday, September 11, 2025.**[1]

***Failure to comply with this Order and the discovery process may result in sanctions up to an including dismissal of this action.*** See Fed. R. Civ. P. 37(b). At this time, the Court

---

[1] Defendant attached to her motion a copy of her interrogatories and requests for production of documents, which the Court will mail with this Order.

concludes that an award of costs against the *pro se* prisoner would not be in the interest of justice. <u>See</u> Fed. R. Civ. P. 37(a)(5)(A)(iii).

SO ORDERED this *21st* day of August, 2025.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE